## *CRIMINAL MINUTES*

## *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF FLORIDA*
## *HONORABLE DANIEL T. K. HURLEY*

==================================================

Case No. __08-60198-CR.__          Date: __December 5, 2008__
   (Start Time: __2:20 p.m.__   )      (End Time: __9:00 p.m.__   )

Courtroom Deputy: <u>James E. Caldwell</u>       Court reporter: <u>Pauline Stipes</u>

Language Spoken: _____Eng lish_____       Defendant's Status: (~~Pretrial Detained / Bond~~)

   UNITED STATES OF AMERICA  v.  __Mavuli Rubber Industries__

AUSA: __J. Brady Dugan__     DEFENSE COUNSEL: __Robert M. Osgood__ __Luca Coccioli__

TYPE OF HEARING: __Sentencing hearing.__

_____

_____

RESULTS OF HEARING: __After an inquiry, the defendant was__ __sentenced to pay a $2,000,000.00 fine and a $400.00__ __Special Assessment.__

Misc.: _____

_____

_____

_____

_____

_____