UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60198-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MANULI RUBBER INDUSTRIES, S.p.A.,
    Defendant.
_____/

**ORDER ON MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION**

**THIS CAUSE** come before the court upon the Report and Recommendation of a United States Magistrate Judge as to corporate defendant Manuli Rubber Industries, S.p.A.'s consent for the acceptance by a United States Magistrate Judge of a guilty plea in this cause. Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. The court accepted the corporate defendant's plea of guilty and adjudicated the defendant guilty at the sentencing hearing on December 5, 2008.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __10th__ day of December, 2008.

                                                    Daniel T. K. Hurley
**copy furnished:**                                United States District Judge
U.S. Magistrate Judge Ann Vitunac
AUSA J. Brady Dugan
Luca Coccioli, Esq.