UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 08-60198-CR-HURLEY/VITUNAC
15 U.S.C. § 1

UNITED STATES OF AMERICA

       v.

MANULI RUBBER INDUSTRIES, S.p.A.,
and ROBERT L. FURNESS,

       Defendant.
_____/

### MOTION FOR THIRD POINT FOR ACCEPTANCE OF RESPONSIBILITY
### AND FOR DOWNWARD DEPARTURE FOR DEFENDANT ROBERT L. FURNESS

    COMES NOW, the United States of America, by and through its undersigned counsel, and moves this Honorable Court to award Defendant Robert L. Furness a third point under §3E1.1 of the Sentencing Guidelines and, pursuant to U.S.S.G. §5K1.1 and 18 U.S.C. §3553(e), to depart downward from the calculated sentencing ranges because of Defendant's substantial assistance. In support thereof, the United States avers:

    1.    The Defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting it and the Court to allocate their resources efficiently.

    2.    The Defendant has provided substantial assistance, as contemplated in U.S.S.G. §5K1.1, in the investigation and prosecution of others in the instant case. At the sentencing hearing, the United States will provide additional facts about the Defendant's substantial assistance.

Dated: January 5, 2009

                                  Respectfully submitted,

                                  By: /s/ Craig Y. Lee  
                                  J. BRADY DUGAN  
                                  Special Bar Number A5501110  
                                  brady.dugan@usdoj.gov  
                                  MARK R. ROSMAN  
                                  Florida Bar Number 0964387  
                                  mark.rosman@usdoj.gov  
                                  CRAIG Y. LEE  
                                  Special Bar Number A5501111  
                                  craig.lee@usdoj.gov  
                                  PORTIA R. BROWN  
                                  JON B. JACOBS  
                                  Trial Attorneys  
                                  United States Department of Justice  
                                  Antitrust Division  
                                  National Criminal Enforcement Section  
                                  450 5th Street NW, Suite 11300  
                                  Washington, DC 20530  
                                  (202) 514-1953

CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of January, 2009, I electronically filed a true and correct copy of the foregoing Motion with the Clerk of Court using the CM/ECF system, and served on all appropriate parties through that system.

      /s/ Craig Y. Lee
      Craig Y. Lee